IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

Brenda Davis and
Clarence Davis
          PLAINTIFFS,

vs.                                  Case No.: 18-01415

Dish Network, LLC, and
Maury Cobb, Attorney at Law, LLC,
          DEFENDANTS.

## DISMISSAL ORDER

Upon the agreement and stipulation of Plaintiffs Brenda Davis and Clarence Davis, by counsel, and Maury Cobb, Attorney At Law, LLC, by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiffs' Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Complaint and the claims set forth therein be **DISMISSED WITH PREJUDICE** as to Defendant Maury Cobb, Attorney At Law, LLC, Inc.

This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

Hon. Robert C. Chambers
United States District Judge

WE ASK FOR THIS:

/s/Megan A. Patrick
Benjamin M. Sheridan (WV Bar No. 11296)
Megan A. Patrick (WV Bar No. 12592)
Klein & Sheridan, LC
3566 Teays Valley Rd.
Hurricane, WV 25526
Phone: (304) 562-7111
Fax: (304) 562-7115
Email: mpatrick@kswvlaw.com
*Counsel for Plaintiffs*


/s/R. Maury Cobb
R. Maury Cobb
Maury Cobb, Attorney At Law, LLC
301 Beacon Parkway West, Suite 100
Birmingham, AL 35209
T: 205-572-4851
E: maury@mcobblaw.com
*Counsel for Defendant*