IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BRENDA DAVIS and
CLARENCE DAVIS,

                Plaintiffs,

v.                                                    CIVIL ACTION NO. 3:18-1415

DISH NETWORK, LLC

                Defendant.

**ORDER**

This matter is before the Court *sua sponte*. On September 3, 2019, Defendant DISH Network, LLC ("DISH") filed a Motion for Summary Judgment. ECF No. 35. On September 17, 2019, Plaintiffs Brenda Davis ("Mrs. Davis") and Clarence Davis ("Mr. Davis") filed a Response in Opposition. ECF No. 36. In their Response, Plaintiffs alleged that Mrs. Davis "received multiple calls from the number 877-839-0927 in April and May of 2018," and that when she "answered these calls, a [DISH] representative was on the line." *Id.* at 3. In its Reply, Defendant DISH submitted an affidavit from Joey L. Montano, its Business Operations Manager, declaring that "DISH does not own the '0927 number" and that "[i]f Plaintiff received a telephone call bearing the CIN 877-839-0927, DISH did not make the call." *Reply Ex. N*, ECF No. 37-2, at 2. Defendant did not address ownership of the number in its original motion.

Rule 7.1(a)(7) of this district's Local Rules of Civil Procedure permits the Court to grant leave for a party to file surreply memoranda. As a general matter, such leave may be appropriate where a party is "unable to contest matters presented to the court for the first time in [an] opposing party's reply." *Khory v. Meserve*, 268 F. Supp. 2d 600, 605 (D. Md. 2003). These matters include

new evidence. *See, e.g., United States v. Purdue Pharma L.P.*, No. 5:10-cv-01423, 2012 WL 12930668, at *1 (S.D.W. Va. May 7, 2012). Here, Mr. Montano's affidavit represents new evidence that Plaintiffs have not been afforded the opportunity to contest.

The Court therefore **GRANTS** leave for Plaintiffs to file a surreply memorandum by **Monday, October 7, 2019.** Plaintiff's surreply is limited to addressing the ownership of the 877-839-0927 number, along with any authenticated evidence tending to demonstrate Defendant's association with it. The surreply will otherwise conform to Local Rule of Civil Procedure 7.1.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

    ENTER:    October 2, 2019

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE